IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

C.V. HOLDINGS, LLC, and CSP )
TECHNOLOGIES, INC., )
                              )
    Plaintiffs,               )
                              )    CIVIL ACTION NO.
    v.                        )      3:13cv149-MHT
                              )         (WO)
CLARIANT AG, et al.,          )
                              )
    Defendants.               )

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (doc. no. 87), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice and with the parties to bear their own costs.

All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of March, 2018.

                                          /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**